445 A.2d 241

Commonwealth v. Dennis, Appellant.

Submitted February 24, 1982. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.